# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

TISHIA A. HARLAN, )
)
                  **Plaintiff,** )
)
v. ) Case No. 13-CV-672-PJC
)
CAROLYN W. COLVIN, )
Acting Commissioner of the )
Social Security Administration, )
)
                  **Defendant.** )

## OPINION AND ORDER

On February 9, 2015, this Court reversed the decision of the Commissioner and remanded this case for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (Dkt. #24 and #25). Pursuant to Plaintiff's Motion for Attorney Fees (Dkt. #26) and Defendant's Response (Dkt. #27), the parties have agreed that an award of fees and expenses is appropriate pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The parties have agreed that an award in the total amount $5,075.68, representing $4,627.20 in fees for 24.50 hours of attorney work performed and $448.48 in expenses, in this case is appropriate. The Court has reviewed the pleadings and finds that Plaintiff Tishia A. Harlan is the prevailing party and the fees and expenses sought are reasonable.

**THEREFORE IT IS ORDERED** that Plaintiff be awarded a total of $5,075.68 in care of her counsel, representing EAJA attorney fees in the amount of $4,627.20 and expenses in the amount of $448.48. If attorney fees are also awarded under 42 U.S.C. § 406(b) of the Social

Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen,* 803 F.2d 575, 580 (10th Cir. 1986).

**DATED** this 26th day of May 2015.

Paul J. Cleary
United States Magistrate Judge